No. 762. LOWE v. MONK, ADMINISTRATOR, ET AL. C. A. 5th Cir. Certiorari denied. *Charles E. Muskett* for petitioner.

No. 767. SANDERS ET AL. v. ERRECA ET AL. C. A. 9th Cir. Certiorari denied. *Hyman Goldman* for petitioners. *Harry S. Fenton, R. B. Pegram* and *Joseph A. Montoya* for respondents.

No. 769. SKYLINE HOMES, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *Larry S. Davidow* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come* and *Leonard M. Wagman* for respondent.

No. 770. AMERADA PETROLEUM CORP. v. MARSHALL. C. A. 5th Cir. Certiorari denied. *Joseph W. Morris* and *Cecil E. Munn* for petitioner.

No. 771. CAMERON v. HAUCK. C. A. 5th Cir. Certiorari denied. *John D. Cofer, Hume Cofer* and *Luther E. Jones* for petitioner.

No. 772. INTERNATIONAL TELEPHONE & TELEGRAPH CORP. v. NATIONAL LABOR RELATIONS BOARD ET AL.; and

No. 773. PROFESSIONAL EMPLOYEES OF I. T. T. FEDERAL LABORATORIES ET AL. v. McCULLOCH ET AL. C. A. 3d Cir. Certiorari denied. *Thomas L. Morrissey* for petitioner in No. 772, and *Merritt T. Viscardi* for petitioners in No. 773. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondents National Labor Relations Board et al., and *Sidney Reitman* for respondent Local 400, International Union of Electrical, Radio & Machine Workers of America, AFL–CIO, in both cases. Reported below: 382 F. 2d 366, 374.